Ishmeal MOHAMMED, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–74839.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed July 8, 2008.

Xavier Gonzales, Esq., Las Vegas, NV, for Petitioner.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Joshua E. Braunstein, Esq., U.S. Department Of Justice, Civil Div./Office Of Immigration Lit., Washington, DC, Terri J. Scadron, Esq., for Respondent.

Before: REINHARDT, W. FLETCHER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ishmeal Mohammed, a native and citizen of Trinidad and Tobago, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his request for a § 212(h) waiver, and denying his motion to reopen based on the later expungement of his conviction for attempted fraud. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of motions to reopen. *Maravilla Maravilla v. Ashcroft,* 381 F.3d 855, 857 (9th Cir.2004) (per curiam). We deny the petition for review.

Mohammed has waived any challenge to the BIA's determination that he is statutorily ineligible for a 212(h) waiver. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

The BIA did not abuse its discretion in denying Mohammed's motion to reopen because Mohammed's attempted fraud conviction despite its expungement is valid for immigration purposes. *See Nath v. Gonzales,* 467 F.3d 1185, 1188–89 (9th Cir. 2006) (a vacated conviction can serve as the basis for removal if the conviction was vacated for equitable, rehabilitation or immigration hardship reasons); *see also Mu-*

___

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*rillo–Espinoza v. INS*, 261 F.3d 771, 774 (9th Cir.2001).

**PETITION FOR REVIEW DENIED.**